HONORABLE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00754 JLR<br><br>DECLARATION OF MEG NEWMAN IN SUPPORT OF DEFENDANT BRAND SHARED SERVICES, LLC'S MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN<br><br>**HEARING DATE:**<br>FRIDAY, SEPTEMBER 2, 2022 |

I, Meg Newman, hereby declare:

1.　I am over the age of eighteen and competent to testify in this matter. I base this declaration on my personal knowledge.

2.　I am the Chief People Officer for Defendant Brand Shares Services, LLC's ("Brand"), which means that I am the highest ranking employee in Brand's human resources department, overseeing approximately 244 employees. I have served in this role since July 2019. I work out of Brand's headquarters in Kennesaw, Georgia.

3.　I overlapped with Plaintiff Nannette Basa ("Plaintiff") for about a year-and-a-half while she was employed by Brand. During that time, I was always at least two reporting levels removed from Plaintiff. Plaintiff worked remotely from her home in Washington. I do not believe that I ever met Plaintiff in person.

DECLARATION OF MEG NEWMAN IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN - 1
(CAUSE NO. 2:2-CV-00754 JLR)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

86340102v.1

4. I did not have any substantive interactions with Plaintiff during the time we both worked for Brand. I only recall general interactions in which I relayed information in the course of my oversight of the human resources department.

5. I did not make the decision to terminate Plaintiff's employment. That decision was made by Plaintiff's former supervisor, Karen Riapos and Brand's former Director of HR Compliance Michelle Roman.

6. While I am generally aware of Ms. Riapos's reasons for terminating Plaintiff's employment, my knowledge is only based on what Ms. Riapos shared with me at the time. I do not have any unique, first-hand, non-repetitive knowledge regarding Plaintiff's layoff.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this  30th  day of August, 2022, in  Kennesaw , GA.

_____
Meg Newman

DECLARATION OF MEG NEWMAN IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN - 2
(CAUSE NO. 2:21-CV-00754 JLR)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

86340102v.1

# CERTIFICATE OF SERVICE

I hereby declare that on this 30th day of August, 2022, I caused a copy of ***Declaration of Meg Newman in Support of Defendant Brand Shared Services, LLC's Motion for Protective Order Quashing Deposition of Meg Newman*** to be electronically filed with the Court using ECF-Filing system which will send notification of such filing to the following:

Alexander J. Higgins
Law Offices of Alex J. Higgins
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 340-4856
alex@alexjhiggins.com

Cody Fenton- Robertson
Bean Law Group
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 5220618
cody@beanlawgroup.com

*s/Valerie Macan*
Valerie Macan

DECLARATION OF MEG NEWMAN IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN - 3
(CAUSE NO. 2:21-CV-00754 JLR)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

86340102v.1