HONORABLE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-00754 JLR<br><br>DEFENDANT BRAND SHARED SERVICES, LLC'S **RE-NOTE** OF MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN<br><br>**RE-NOTE HEARING DATE:**<br>FRIDAY, SEPTEMBER 9, 2022 |

In conformance with LCR 7(d)(2)(B), Defendant Brand Shared Services, LLC ("Brand") respectfully requests to re-note its *Motion for Protective Order Quashing Deposition of Meg Newman* (Dkt. No. 21) and related documents (specially the *Declaration of Emma Kazaryan in Support of Defendant's Motion for Protective Order Quashing Deposition of Meg Newman and all exhibits thereto* (Dkt. No. 22) and the *Declaration of Meg Newman in Support of Defendant's Motion for Protective Order Quashing Deposition of Meg Newman* (Dkt. No. 23)) from the current hearing date of September 2, 2022 to **September 9, 2022**.

//

//

//

DEFENDANT'S **RE-NOTE** OF MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN- 1
(CAUSE NO. 2:2-CV-00754 JLR)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

86479253v.1

1  DATED: August 31, 2022.              SEYFARTH SHAW LLP

2
                                        By: *s/ Emma Kazaryan*
3                                           Helen M. McFarland, WSBA No. 51012
                                            Emma Kazaryan, WSBA No. 49885
4                                           999 3rd Avenue, Ste. 4700
                                            Seattle, WA 98104
5                                           P: (206) 946-9423/ F: (206) 299-9974
                                            hmcfarland@seyfarth.com
6                                           ekazaryan@seyfarth.com

7
                                            *Attorneys for Brand Shared Services, LLC*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
DEFENDANT'S RE-NOTE OF MOTION FOR PROTECTIVE                    SEYFARTH SHAW LLP
ORDER QUASHING DEPOSITION OF MEG NEWMAN - 2                     999 Third Avenue
(CAUSE NO. 2:21-CV-00754 JLR)                                   Suite 4700
                                                                Seattle, WA  98104-4041
                                                                (206) 946-4910

86479253v.1

# CERTIFICATE OF SERVICE

I hereby declare that on this 31st day of August, 2022, I caused a copy of ***Defendant's Re-Note of Motion for Protective Order Quashing Deposition of Meg Newman*** to be electronically filed with the Court using ECF-Filing system which will send notification of such filing to the following:

Alexander J. Higgins
Law Offices of Alex J. Higgins
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 340-4856
alex@alexjhiggins.com

Cody Fenton- Robertson
Bean Law Group
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 5220618
cody@beanlawgroup.com

*s/ Valerie Macan*
Valerie Macan

DEFENDANT'S RE-NOTE OF MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION OF MEG NEWMAN - 3
(CAUSE NO. 2:21-CV-00754 JLR)

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

86479253v.1