The Honorable Michelle L. Peterson
Noted for Friday, October 7, 2022

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>      Defendant. | No. 2:21-cv-00754-MLP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |

BEFORE THE COURT is Plaintiff Nannette Basa's motion for sanctions against Defendant Brand Shared Services, LLC for spoliation of evidence.

The Court has considered the following:

1. Plaintiff's motion for sanctions for spoliation of evidence;

2. The declaration of Alex J. Higgins in support of Plaintiff's motion for sanctions and the exhibits attached thereto;

3. _____;

4. _____;

5. _____;

6. _____;

7. All pleadings and files in this case.

[PROPOSED] ORDER - 1
(No. 2:21-cv-00754)

Law Offices of Alex J. Higgins
Denny Building, Suite 500
2200 Sixth Avenue
Seattle, WA 98121
(206) 340-4856

Following the review of the submissions of the parties and the record before the Court, it is ORDERED that Plaintiff's motion is GRANTED.

IT IS SO ORDERED this ___ day of _____, 2022.

                                          Honorable Michelle L. Peterson

*Presented by*:

LAW OFFICES OF ALEX J HIGGINS

Alex J. Higgins, WSBA No. 20868
2200 6th Ave, Suite 500
Seattle, WA 98121
(206) 340-4856
alex@alexjhiggins.com

BEAN LAW GROUP

Cody Fenton-Robertson, WSBA No. 47879
2200 6th Ave, Suite 500
Seattle, WA 98121
(206) 522-0618
cody@beanlawgroup.com

[PROPOSED] ORDER - 2
(No. 2:21-cv-00754)

Law Offices of Alex J. Higgins
Denny Building, Suite 500
2200 Sixth Avenue
Seattle, WA 98121
(206) 340-4856