HONORABLE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00754 MLP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>**HEARING DATE:**<br>**October 7, 2022** |

BEFORE THE COURT is Plaintiff's Motion to Compel. The Court has considered the following:

1. Plaintiff's Motion to Compel;

2. Declaration of Alex J. Higgins in Support of Plaintiff's Motion to Compel and all exhibits thereto;

3. Defendant Brand Shared Services, LLC's Response in Opposition to Plaintiff's Motion to Compel;

4. Declaration of Emma Kazaryan in Support of Defendant Brand Shared Services, LLC's Response in Opposition to Plaintiff's Motion to Compel and all exhibits thereto;

5. _____;

6. _____;

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO COMPEL - 1
(CAUSE NO. 2:2-CV-00754 MLP)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

1. 7. _____;
2. 8. _____;
3. 9. All pleadings and files in this case.

Following the review and good cause finding, it is ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2022.

_____
Honorable Michelle L. Peterson

*Presented by:*

SEYFARTH SHAW LLP

Helen M. McFarland, WSBA No. 51012
Emma Kazaryan, WSBA No. 49885
999 Third Avenue, Ste. 4700
Seattle, WA 98104
P: (206) 946-4910
F: (206) 260-8839
hmcfarland@seyfarth.com
ekazaryan@seyfarth.com
*Attorneys for Defendant Brand Shared Services, LLC*

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO COMPEL - 2
(CAUSE NO. 2:21-CV-00754 MLP)