HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>    Defendant. | Case No. 2:21-cv-00754 MLP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE<br><br>**HEARING DATE:**<br>**October 7, 2022** |

BEFORE THE COURT is Plaintiff's Motion for Sanctions for Spoliation of Evidence.

The Court has considered the following:

1. Plaintiff's Motion for Sanctions for Spoliation of Evidence;

2. Declaration of Alex J. Higgins in Support of Plaintiff's Motion for Sanctions for Spoliation of Evidence and all exhibits thereto;

3. Defendant Brand Shared Services, LLC's Response in Opposition to Plaintiff's Motion for Sanctions for Spoliation of Evidence;

4. Declaration of Karen Riapos in Opposition to Plaintiff's Motion for Sanctions for Spoliation of Evidence;

5. Declaration of Emma Kazaryan in Opposition to Plaintiff's Motion for Sanctions for Spoliation of Evidence and all exhibits thereto;

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 1
(CAUSE NO. 2:2-CV-00754 MLP)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

87267182v.1

6. All pleadings and files in this case.

Following the review and good cause finding, it is ORDERED that Plaintiff's motion is DENIED. Plaintiff has not established that Brand should have preserved the lost material in anticipation of litigation, that Brand failed to take reasonable steps to preserve it, or that additional discovery could not restore or replace the ESI. Further, Plaintiff has not established that she has been prejudiced or that Brand had any intent to deprive her of any lost information.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
Honorable Michelle L. Peterson

*Presented by:*

SEYFARTH SHAW LLP

Helen M. McFarland, WSBA No. 51012
Emma Kazaryan, WSBA No. 49885
999 Third Avenue, Ste. 4700
Seattle, WA 98104
P: (206) 946-4910
F: (206) 260-8839
hmcfarland@seyfarth.com
ekazaryan@seyfarth.com
*Attorneys for Defendant Brand Shared Services, LLC*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 2
(CAUSE NO. 2:21-CV-00754 MLP)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

87267182v.1