HONORABLE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRAND SHARED SERVICES, LLC, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-00754 JLR<br><br>DECLARATION OF KAREN RIAPOS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE<br><br>**HEARING DATE:**<br>**October 7, 2022** |

I, Karen Riapos, hereby declare:

1. I am Defendant Brand Shared Services, LLC's ("*Brand*") Director of Talent Acquisition. I am over the age of eighteen and competent to testify in this matter. I base this declaration on my personal knowledge. I have been working with Brand's counsel on this case since we first learned of the litigation filed by Plaintiff Nannette Basa ("Plaintiff").

2. At my deposition, I mistakenly testified that I had not been asked to search my phone for text messages related to Plaintiff and the issues in this case. That testimony was incorrect: I forgot that I *had* been asked to search my phone and that I had done so.

3. I searched my phone for text messages related to Plaintiff and the issues in this case both before my deposition and again afterwards. I have not found any text messages that

DECLARATION OF KAREN RIAPOS IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 1
(CAUSE NO. 2:2-CV-00754 JLR)

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

are responsive to Plaintiff's requests for production.  I did not destroy or otherwise remove any text messages I had about Plaintiff.  When she worked for Brand, I communicated with Plaintiff primarily via electronic mail.  I also spoke with her during the time period in which I supervised her performance.  We did not send text messages.

4. Similarly, I did not send text messages with other people about Plaintiff.  I did not send text messages to Nicole Norris, or Ryan Wilson about Plaintiff.  I do not recall having exchanging any communications with Nicole Norris or Ryan Wilson about Plaintiff (either by email or verbally).  They were all my direct reports and I would not have been sending messages to them about one of their colleagues.

5. I also did not send text messages to Rod Broschinsky or Michelle Roman about Plaintiff.  While I had a cell phone provided by Brand, I did not use text messages to communicate with my colleagues.  I used email, the Teams messaging system, and I spoke with people either in person or on the phone.

6. I helped look for a physical file that my former coworker Rod Broschinsky kept related to Plaintiff.  I conducted a diligent search but, despite my best efforts, I have been unable to locate the physical file.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Signed in __Kennesaw__, Georgia this 3rd day of October, 2022.

*Karen Riapos*
Karen Riapos
Director of Talent Acquisition for Defendant Brand Shared Services

DECLARATION OF KAREN RIAPOS IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 2
(CAUSE NO. 2:21-CV-00754 JLR)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

# CERTIFICATE OF SERVICE

I hereby declare that on this 3rd day of October, 2021, I caused a copy of ***Declaration of Karen Riapos in Support of Defendant Brand Shared Services, LLC's Response in Opposition to Plaintiff's Motion for Sanctions*** to be electronically filed with the Court using ECF-Filing system which will send notification of such filing to the following:

Alexander J. Higgins
Law Offices of Alex J. Higgins
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 340-4856
alex@alexjhiggins.com

Cody Fenton- Robertson
Bean Law Group
2200 6th Avenue, Ste. 500
Seattle, WA 98121
P: (206) 5220618
cody@beanlawgroup.com

*s/ Valerie Macan*
Valerie Macan

DECLARATION OF KAREN RIAPOS IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 3
(CAUSE NO. 2:21-CV-00754 JLR)

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910