HONORABLE MICHELLE PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANNETTE BASA, an individual, | Case No. 2:21-cv-00754 MLP |
| Plaintiff, | STIPULATION OF DISMISSAL **WITH PREJUDICE** |
| v. | |
| BRAND SHARED SERVICES, LLC, a Delaware corporation, | |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Nannette Basa ("Plaintiff") and Defendant Brand Shared Services, LLC ("Defendant") (collectively "the Parties"), by and through their undersigned attorneys, hereby submit this stipulation of dismissal **with prejudice** ("Stipulation to Dismiss").

By way of this Stipulation to Dismiss, the Parties agree that the above-captioned matter should be dismissed with prejudice and that each Party will bear their own attorneys' fees and costs. The Parties further stipulate to the removal of the case from the Court's docket. This Stipulation to Dismiss shall have the full force and effect of adjudication on the merits.

STIPULATION OF DISMISSAL **WITH PREJUDICE** - 1
(CAUSE NO. 2:2-CV-00754 MLP)

Notwithstanding the foregoing, within 45 (forty-five) days of filing this Stipulation to Dismiss, Plaintiff may move to reopen this case if the Parties are not able to finalize their settlement agreement as anticipated.

Respectfully submitted this 25th day of October, 2022.

| LAW OFFICES OF ALEX J. HIGGINS | SEYFARTH SHAW LLP |
|---|---|
| By:  /s/ Alex J. Higgins<br>Alex J. Higgins, WSBA No. 20868<br>2200 6th Ave #500<br>Seattle, WA 98121<br>P: (206) 340-4856<br>F: (206) 260-8803<br>alex@alexjhiggins.com<br><br>*Attorney for Plaintiff Nannette Basa* | By:  /s/ Helen M. McFarland<br>Helen M. McFarland, WSBA No. 51012<br>Emma Kazaryan, WSBA No. 49885<br>999 3rd Avenue, Ste. 4700<br>Seattle, WA 98104<br>P: (206) 946-9423<br>F: (206) 299-9974<br>hmcfarland@seyfarth.com<br>ekazaryan@seyfarth.com<br><br>*Attorneys for Defendant Brand Shared Services, LLC* |

STIPULATION OF DISMISSAL **WITH PREJUDICE** - 2
(CAUSE NO. 2:2-CV-00754 MLP)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910