# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANNETTE BASA,<br><br>Plaintiff(s),<br><br>v.<br><br>BRAND SHARED SERVICES LLC,<br><br>Defendant(s). | CASE NO. 2:21−cv−00754−MLP<br><br>DISMISSAL ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within forty−five (45) days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 26th of October 2022

MICHELLE L. PETERSON
United States Magistrate Judge

DISMISSAL ORDER − 1